SIDERCA S.A.I.C., Dalmine S.P.A. and NKK Tubes, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee,

and

Newport Steel Corporation, Maverick Tube Corp., Lone Star Steel Company, Inc., Koppel Steel Corporation, Ipsco Tubulars, Inc., and Grant Prideco., Inc., Defendants–Appellees,

and

United States Steel LLC, Defendant–Appellee.

No. 06–1051.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2006.

ON MOTION

### ORDER

Upon consideration of Siderca S.A.I.C. et al.'s unopposed motion to voluntarily dismiss their appeal of the August 26, 2005 judgment of the United States Court of International Trade in *Siderca S.A.I.C. v. United States.*, 391 F.Supp.2d 1353 (C.I.T. 2005),

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All sides shall bear their own costs.